IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of | Case No. 13-31053 |
| MENDENHALL, ANTHONY NATHANIEL, | Chapter 7 |
| Debtor. | |

PRELIMINARY INVENTORY REPORT
AND REQUEST FOR NOTICE TO CREDITORS

Jacqueline Sells Homann, Chapter 7 Trustee, respectfully shows the Court as follows:

1.  I am the Trustee for the above-captioned Debtor, having been appointed on or about April 17, 2013.

2.  As Trustee, I anticipate receiving monies representing property shown on the Schedules filed by the Debtor and adopt the same as my preliminary inventory; specifically, I anticipate receiving from Debtor potential preference amount representing non-exempt assets of the Debtor's bankruptcy estate.

3.  As Trustee, I have constructively taken possession of all property shown on the Schedules filed by the Debtor and adopt the same as my preliminary inventory; specifically, the Debtor's interest in potential preference amount, which your Trustee believes may hold value to the creditors of the estate.

4.  The above monies will be deposited in a certain account at RaboBank, N.A.

5.   Pursuant to Federal Rule of Bankruptcy Procedure 3002(c)(5), I request that the Bankruptcy Clerk notify creditors that a payment of dividend appears possible in this case.

Dated:  May 17, 2013

Respectfully submitted,

/s/  Jacqueline Sells Homann
Jacqueline Sells Homann (15462-71)
Jones Obenchain, LLP
600 KeyBank Building
202 S. Michigan Street
Post Office Box 4577
South Bend, Indiana  46634-4577
Telephone:   (574) 233-1194
Facsimile:   (574) 233-8957
Email: jshtrustee@jonesobenchain.com

### CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2013, a true and correct copy of the above and foregoing Preliminary Inventory Report and Request for Notice to Creditors was served as follows:

| | |
|---|---|
| Kelly A. Gigli<br>kgigli@gigli-law.com | United States Trustee<br>ustpregion10.so.ecf@usdoj.gov |

/s/  Jacqueline Sells Homann
Jacqueline Sells Homann
